UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:10-CV-191-R

DAVID HOWERTON                                                                      PLAINTIFF

vs.                              **AGREED ORDER OF DISMISSAL**

RHODES SUPPLY COMPANY, INC.                                            DEFENDANT

The parties having agreed, as evidenced by the signatures of their counsel affixed hereto, and the Court being otherwise sufficiently advised;

**IT IS HEREBY ORDERED AND ADJUDGED** that the Complaint against the Defendant is deemed to be resolved and is hereby dismissed with prejudice, with each party to bear its own attorneys' fees and court costs. The terms of the dismissal and settlement are placed under seal. The parties are ordered to strictly adhere to the confidentiality provisions contained in the Confidential Complete and Permanent Settlement Agreement and Release to which they have agreed. This action is stricken from the docket.

**Have seen and agreed to:**

_____
D. Wes Sullenger
Attorney for Plaintiff

_____
Michael A. Owsley
Attorney for Defendant

**Clerk, upon entry send copies to:**
D. Wes Sullenger        [__]
Michael A. Owsley       [__]

1